## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 10-cv-02151-CMA-KMT         FTR - Courtroom C-201

**Date:** November 2, 2011                               Deputy Clerk, Nick Richards


JAMES B. PENN, an individual,                     Keith Alan Shandalow (by phone)

      Plaintiff,

v.

OAKDALE GAS PROCESSING, LLC, a New         John Mark Baird
Mexico company, and
CLAY LANDON, an individual,

      Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING AND FINAL PRETRIAL CONFERENCE**
**Court in session: 10:20 a.m.**
Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Motion Hearing is called regarding Plaintiff James B. Penn's Motion to Compel Discovery Responses [Doc. No. 42, filed August 22, 2011].

Oral arguments by plaintiff.
Oral arguments by defense.

It is **ORDERED**:   Plaintiff James B. Penn's Motion to Compel [42] is **DENIED** for the reasons set forth on the record.  Defense counsel shall supplement their responses to Interrogatories 12 and 13 as agreed to on the record, and shall do so on or before November 9, 2011.  Defense counsel shall immediately re-send the discovery material discussed on the record that was not received via e-mail by plaintiff's counsel.

Discussion and review of the Proposed Final Pretrial Order.

**ORDERED**: Both parties shall supplement their exhibit lists to the Final Pretrial Order on or before November 9, 2011.  Parties shall exchange marked exhibits on or before November 16, 2011.

Trial and Trial Preparation Conference dates will be set by District Judge Christine M. Arguello.  The parties are directed to contact Judge Arguello's chambers to obtain trial dates due to Mr. Shandalow's absence due to weather.

**ORDERED:  Pretrial order signed and approved.**

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in Recess: 11:43 a.m.**
Hearing concluded.
Total In-Court Time     01:23

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.