**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02151-CMA-KMT

JAMES B. PENN,

    Plaintiff,

v.

OAKDALE GAS PROCESSING, LLC, a New Mexico company,

    Defendant.

_____

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**
_____

    IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED: March   22  , 2012

                                           BY THE COURT:

                                           _____
                                           Christine M. Arguello
                                           United States District Judge